**Allen L. CRUMP, Petitioner/Respondent,**

v.

**Diane F. CRUMP, Respondent/Appellant.**

**No. 68184.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 16, 1996.

Motion for Rehearing and/or Transfer to
Supreme Court Denied May 15, 1996.

W. Morris Taylor, William K. Meehan, Clayton, for appellant.

John W. Hammon, Brian K. Hammon, Hillsboro, for respondent.

Before REINHARD, P.J., and KAROHL and GRIMM, JJ.

PER CURIAM.

Husband filed a motion to modify the dissolution decree. Wife did not respond, and, following a hearing, the trial court granted the motion. Thereafter, wife filed a motion to set aside the default judgment, which the trial court denied.

**32**

In her appeal, wife alleges the trial court erred when it (1) denied her motion to set aside the default judgment, and (2) found a substantial and continuing change in circumstances to support a termination of her maintenance. We disagree and affirm.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The trial court's judgment is affirmed pursuant to Rule 84.16(b).